**ORIGINAL**

1  Marcia Hofmann (SBN 250087)
   *marcia@eff.org*
2  ELECTRONIC FRONTIER FOUNDATION
   454 Shotwell Street
3  San Francisco, CA 94110
   Telephone: (415) 436-9333
4  Facsimile: (415) 436-9993

5  David L. Sobel *(pro hac vice pending)*
   *david@eff.org*
6  ELECTRONIC FRONTIER FOUNDATION
   1875 Connecticut Ave. NW
7  Suite 650
   Washington, DC  20009
8  Telephone: (202) 797-9009 x104
   Facsimile: (202) 707-9066

10 Attorneys for Plaintiff
   ELECTRONIC FRONTIER FOUNDATION

### UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

C 07 5278

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, | Case No. _____ |
| Plaintiff, | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| v. | |
| OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE, | |
| Defendant. | |

Pursuant to Civil Local Rule 3-16, Plaintiff certifies that to its knowledge, no entities other than the parties themselves have either: (i) a financial interest (of any kind) in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding.

-1-
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

1
2  DATED: October 17, 2007
3                                           By _____
                                                Marcia Hofmann, Esq.
4                                               ELECTRONIC FRONTIER FOUNDATION
                                                454 Shotwell Street
5                                               San Francisco, CA 94110
                                                Telephone: (415) 436-9333
6                                               Facsimile: (415) 436-9993

7                                               David L. Sobel *(pro hac vice pending)*
                                                ELECTRONIC FRONTIER FOUNDATION
8                                               1875 Connecticut Ave. NW
                                                Suite 650
9                                               Washington, DC 20009
                                                Telephone: (202) 797-9009 x104
10                                              Facsimile: (202) 707-9066

11                                              Attorneys for Plaintiff
                                                ELECTRONIC FRONTIER FOUNDATION
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28