UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELECTRONIC FRONTIER FOUNDATION,

    Plaintiff(s),

    v.

OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE,

    Defendant(s).

No. C 07-05278 EMC

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: October 24, 2007

Signature

Counsel for Plaintiff
(Plaintiff, Defendant or indicate "pro se")

**CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2007, I electronically filed the foregoing CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE with the Clerk of the Court using the CM/ECF system which will send e-mail notification of such filing, and I hereby certify that I will mail the foregoing document or paper on October 29, 2007, via express delivery service for guaranteed delivery on the next business day to the following non-CM/ECF participant:

Andrew I. Warden
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 6120
Washington, DC 20530

By       /s/
    Marcia Hofmann (SBN 250087)
    ELECTRONIC FRONTIER FOUNDATION
    454 Shotwell Street
    San Francisco, CA 94110
    Telephone:   (415) 436-9333 x116
    Facsimile:   (415) 436-9993
    marcia@eff.org