David L. Sobel *(pro hac vice pending)*
sobel@eff.org
ELECTRONIC FRONTIER FOUNDATION
1875 Connecticut Ave. NW
Suite 650
Washington, DC  20009
Telephone: (202) 797-9009 x104
Facsimile: (202) 707-9066

Kurt Opsahl (SBN 191303)
kurt@eff.org
Marcia Hofmann (SBN 250087)
marcia@eff.org
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333 x116
Facsimile: (415) 436-9993

Attorneys for Plaintiff
ELECTRONIC FRONTIER FOUNDATION

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, <br><br> Plaintiff, <br><br> v. <br><br> OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE, <br><br> Defendant. | NO. C 07-5278 EMC <br><br> **DECLARATION OF MARCIA HOFMANN IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** <br><br> Date: <br> Time: <br> Courtroom: |

1.   I am an attorney of record for the plaintiff in this matter and a member in good standing of the California State Bar, and am admitted to practice before this Court. I have personal knowledge of the matters stated in this declaration. If called upon to do so, I am competent to testify to all matters set forth herein.

2.   Plaintiff Electronic Frontier Foundation ("EFF") is a non-for-profit corporation

1  established under the laws of California with its principal place of business in San Francisco.

2      3.    Attached hereto as Exhibit A is a true and correct copy of the following newspaper article: James Risen and Eric Lichtblau, *Bush Lets U.S. Spy on Callers Without Courts*, N.Y. TIMES, Dec. 16, 2005, *available at* http://www.nytimes.com/2005/12/16/politics/16program.html (subscription required).

    4.    Attached hereto as Exhibit B is a true and correct copy of the following webpage: President's Radio Address, Dec. 17, 2005, *available at* http://www.whitehouse.gov/news/releases/2005/12/20051217.html.

    5.    Attached hereto as Exhibit C is a true and correct copy of the following newspaper article: Eric Lictblau, *Spy Agency Mined Vast Data Trove, Officials Report*, N.Y. TIMES, Dec. 24, 2005, *available at* http://www.nytimes.com/2005/12/24/politics/24spy.html (subscription required).

    6.    Attached hereto as Exhibit D is a true and correct copy of the following newspaper article: Leslie Cauley and John Diamond, *Telecoms Let NSA Spy on Calls*, USA TODAY, Feb. 6, 2006, *available at* http://www.usatoday.com/news/washington/2006-02-05-nsa-telecoms_x.htm.

    7.    Attached hereto as Exhibit E is a true and correct copy of the following newspaper article: James Risen, *Bush Signs Law to Widen Reach for Wiretapping*, N.Y. TIMES, Aug. 5, 2007, *available at* http://www.nytimes.com/2007/08/06/washington/06nsa.html (subscription required).

    8.    Attached hereto as Exhibit F is a true and correct copy of the following presidential signing statement: *President Bush Commends Congress on Passage of Intelligence Legislation*, Aug. 6, 2007, *available at* http://www.whitehouse.gov/news/releases/ 2007/08/20070805.html.

    9.    Attached hereto as Exhibit G is a true and correct copy of the following newspaper article: Chris Roberts, *Transcript: Debate on the Foreign Intelligence Surveillance Act*, EL PASO TIMES, Aug. 22, 2007 *available at* http://www.elpasotimes.com/news/ci_6685679.

    10.    Attached hereto as Exhibit H is a true and correct copy of the following magazine article: Mark Hosenball and Michael Isikoff, *Case Dismissed?: The Secret Lobbying Campaign Your Phone Company Doesn't Want You to Know About*, NEWSWEEK, updated Sept. 26, 2007, *available at* http://www.newsweek.com/id/41142.

    11.    Attached hereto as Exhibit I is a true and correct copy of the following bill currently

1   pending before the Senate: Foreign Intelligence Surveillance Act of 1978 Amendments Act of
2   2007, S. 2248, 110th Cong. (introduced Oct. 18, 2007).

3   12. Attached hereto as Exhibit J is a true and correct copy of the following news article:
4   Tim Starks, *Senate Panel OKs Surveillance Bill*, CQ TODAY, Oct. 18, 2007, *available at*
5   http://public.cq.com/docs/cqt/news110-000002608382.html.

6   13. On August 31, 2007, I submitted a letter to the Office of the Director of National
7   Intelligence ("ODNI") under the Freedom of Information Act ("FOIA") seeking "all agency
8   records from April 2007 to the present concerning briefings, discussions, or other exchanges that
9   Director McConnell or other ODNI officials have had with representatives of telecommunications
10  companies concerning amendments to FISA, including any discussion of immunizing such
11  companies or holding them otherwise unaccountable for their role in government surveillance
12  activities." EFF asked for expedited processing of this request because it pertains to information
13  about which there is "[a]n urgency to inform the public about an actual or alleged Federal
14  Government activity," and it is "made by a person primarily engaged in disseminating
15  information." A true and correct copy of this letter is attached hereto as Exhibit K.

16  14. On August 31, 2007, I submitted a second letter to ODNI under the FOIA seeking "all
17  agency records from April 2007 to the present concerning briefings, discussions, or other
18  exchanges that Director McConnell or other ODNI officials have had with members of the Senate
19  or House of Representatives concerning amendments to FISA, including, but not limited to, any
20  discussion of immunizing telecommunications companies or holding them otherwise
21  unaccountable for their role in government surveillance activities." EFF also sought expedited
22  processing of this request because it pertains to information about which there is "[a]n urgency to
23  inform the public about an actual or alleged Federal Government activity," and it is "made by a
24  person primarily engaged in disseminating information." A true and correct copy of this letter is
25  attached hereto as Exhibit L.

26  15. By facsimiles transmitted on September 10, 2007, ODNI acknowledged receipt of
27  EFF's requests and granted them expedited processing. True and correct copies of these facsimiles
28  are attached hereto as Exhibits M & N.

16. Notwithstanding ODNI's purported decision to grant expedited processing EFF's August 31, 2007, FOIA requests, the agency has neither completed the processing of the requests nor informed EFF of an anticipated date for the completion of such processing.

17. On October 22, 25, and 26, 2007, I contacted counsel for Defendant ODNI to explore the possibility of negotiating a processing schedule for EFF's FOIA requests to eliminate the need for further action in this case. I explained that legislation had been introduced and approved on October 18, 2007 in the Senate Select Committee on Intelligence that is closely related to the subject matter of the records underlying this case, and that Senate Majority Leader Harry Reid has publicly stated that he intends for the bill to reach the Senate floor by mid-November. I told opposing counsel that this development has significantly increased the urgency for the public to obtain the records sought from ODNI, and that EFF would consider seeking preliminary injunctive relief if the parties cannot reach an agreement to process EFF's requests in a timely manner. ODNI has never responded to these communications.

18. Unless ODNI is ordered to process EFF's FOIA requests immediately, EFF's right to expedition under the FOIA will be irretrievably lost, resulting in irreparable injury to EFF.

19. Any further delay in the processing of EFF's August 31, 2007 FOIA requests will irreparably harm EFF's ability, and that of the public, to obtain in a timely fashion information vital to the current and ongoing debate surrounding whether, and how, foreign intelligence surveillance law should be amended, especially with regard to providing legal immunity to telecommunications carriers for their past participation in unlawful government surveillance operations.

20. Without expedited access to the information to which it is legally entitled, EFF's ability to engage in an urgent and current public debate will be irretrievably lost.

21. Attached hereto as Exhibit O is a true and correct copy of *Electronic Frontier Foundation v. Dep't of Justice*, No. 07-0656, slip op. (D.D.C. June 16, 2007).

22. Attached hereto as Exhibit P is a true and correct copy of ODNI's most recent annual FOIA processing statistics: U.S. Office of the Director of National Intelligence, Freedom of Information Act Report for Fiscal Year 2006, Compliance with Time Limits/Status of Pending

1  Requests, *available at* http://www.odni.gov/ODNI_FY06_Annual_FOIA.pdf.

2  I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct to the best of my knowledge and belief. Executed October 29, 2007 in San Francisco, California.

```
                          By      /s/
                              Marcia Hofmann (SBN 250087)
                              ELECTRONIC FRONTIER FOUNDATION
                              454 Shotwell Street
                              San Francisco, CA 94110
                              Telephone:  (415) 436-9333 x116
                              Facsimile:  (415) 436-9993
                              marcia@eff.org
```

**CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2007, I electronically filed the foregoing DECLARATION OF MARCIA HOFMANN IN SUPPORT OF PLAINTIFFS MOTION FOR PRELIMINARY INJUNCTION with the Clerk of the Court using the CM/ECF system which will send e-mail notification of such filing, and I hereby certify that I will mail the foregoing document or paper on October 29, 2007, via express delivery service for guaranteed delivery on the next business day to the following non-CM/ECF participant:

Andrew I. Warden
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 6120
Washington, DC 20530

By  /s/
Marcia Hofmann (SBN 250087)
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone:   (415) 436-9333 x116
Facsimile:    (415) 436-9993
marcia@eff.org