David L. Sobel *(pro hac vice pending)*
*sobel@eff.org*
ELECTRONIC FRONTIER FOUNDATION
1875 Connecticut Ave. NW
Suite 650
Washington, DC  20009
Telephone: (202) 797-9009 x104
Facsimile: (202) 707-9066

Kurt Opsahl (SBN 191303)
*kurt@eff.org*
Marcia Hofmann (SBN 250087)
*marcia@eff.org*
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333 x116
Facsimile: (415) 436-9993


Attorneys for Plaintiff
ELECTRONIC FRONTIER FOUNDATION

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, <br><br> Plaintiff, <br><br> v. <br><br> OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE, <br><br> Defendant. | NO. C 07-5278 EMC <br><br> **[PROPOSED] ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION** <br><br> Date: <br> Time: <br> Courtroom: |

This matter came on for hearing before the Court on Plaintiff's Motion for a Preliminary Injunction. Having given full consideration to all of Plaintiff's papers, evidence, and the relevant authorities, all of Defendant's responses thereto, and the oral presentations of counsel, and good cause appearing, in accordance with Fed. R. Civ. P. 65(b), it is **HEREBY ORDERED**:

1.   That Plaintiff's Motion for a Preliminary Injunction is granted; and it is

2.   **FURTHER ORDERED** that Defendant shall complete the processing of Plaintiff's August 31, 2007 Freedom of Information Act requests, and produce or identify all responsive records, within 10 days of the entry of this order; and it is

3.   **FURTHER ORDERED** that Defendant shall provide Plaintiff with a document index and declaration, as specified in *Vaughn v. Rosen*, 484 F.2d 820 (D.C. Cir. 1973), stating Defendant's justification for the withholding of any documents responsive to Plaintiff's request, within 20 days of the entry of this order; and it is

4.   **FURTHER ORDERED** that Defendant shall file with the Court and serve upon Plaintiff's counsel within 30 days of the entry of this order an affidavit or declaration attesting to and detailing Defendant's compliance with it.

\*   \*   \*

**ORDER**

IT IS SO ORDERED.

DATED:_____    _____