1   David L. Sobel *(pro hac vice pending)*
    *sobel@eff.org*
2   ELECTRONIC FRONTIER FOUNDATION
    1875 Connecticut Ave. NW
3   Suite 650
    Washington, DC  20009
4   Telephone: (202) 797-9009 x104
    Facsimile: (202) 707-9066
5
    Kurt Opsahl (SBN 191303)
6   *kurt@eff.org*
    Marcia Hofmann (SBN 250087)
7   *marcia@eff.org*
    ELECTRONIC FRONTIER FOUNDATION
8   454 Shotwell Street
    San Francisco, CA 94110
9   Telephone: (415) 436-9333 x116
    Facsimile: (415) 436-9993
10

11  Attorneys for Plaintiff
    ELECTRONIC FRONTIER FOUNDATION
12

13              **UNITED STATES DISTRICT COURT**

14         **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

15

16  ELECTRONIC FRONTIER FOUNDATION,       )   NO. C 07-5378 EMC
                                          )
17                          Plaintiff,    )   **APPLICATION FOR ORDER**
                                          )   **SHORTENING TIME FOR HEARING**
18          v.                            )   **ON PLAINTIFF'S MOTION FOR**
                                          )   **PRELIMINARY INJUNCTION**
19  OFFICE OF THE DIRECTOR OF NATIONAL    )
20  INTELLIGENCE,                         )
                                          )   Courtroom:
21                          Defendant.    )
                                          )
22                                        )
                                          )
23  _____)

24

25  TO THE UNITED STATES DISTRICT COURT, THE OFFICE OF THE DIRECTOR OF

    NATIONAL INTELLIGENCE, AND ITS ATTORNEYS OF RECORD:
26

27          Plaintiff Electronic Frontier Foundation ("EFF") hereby respectfully applies for an order

    shortening time for a hearing on its concurrently filed motion for preliminary injunction against
28
                                                -1-

1    Defendant, the Office of the Director of National Intelligence ("ODNI"). This is a Freedom of

2    Information Act ("FOIA") case seeking documents about telecommunications companies' lobbying

3    campaign to amend U.S. foreign intelligence surveillance law, particularly lobbying for changes

4    that would hold telecommunications carriers unaccountable for their cooperation in widespread and

5    illegal government surveillance.  This matter of critical importance is currently under consideration

6    in Congress.  ODNI has conceded that Plaintiff is entitled to expedited processing of the requested

7    documents, which means that the agency should have finished processing the requests within 20

8    working days of receipt.  However, ODNI has released no documents as of this filing.

9         Plaintiff seeks shortened time because a swift hearing on the issue of whether EFF is

10   entitled to the requested records is necessary to ensure that the public and lawmakers can consider

11   documents relevant to the public debate over this legislation before the final congressional vote.

12   An order compelling the timely processing and release of these documents is critical because the

13   information requested is directly relevant to understanding ODNI's role in lobbying on behalf of

14   telecommunications providers for legislation that is designed to force the dismissal of lawsuits

15   against providers, more than 40 of which are currently pending before this Court.   While ODNI

16   stonewalls EFF's lawful FOIA requests, Congress continues to consider the legislation demanded

17   by the Director of National Intelligence.  EFF and the public deserve to know about contacts and

18   connections between ODNI and telecom lobbyists *before* any legislation granting a get-out-of-jail-

19   free card becomes law. Because time is at the essence of both EFF's rights and ODNI's

20   obligations, EFF respectfully requests entry of an order shortening time for the Court to hear this

21   matter.

22        This application to shorten time is brought pursuant to the Court's inherent power to control

23   its calendar and the power to shorten time to hear motions under Fed. R. Civ. P. 6(d).  Plaintiff asks

24   this court for expedited scheduling based upon this Application to Shorten Time, the Declaration of

25   Marcia Hofmann in support of this application, the Proof of Service Declaration of Marcia

26   Hofmann and its exhibits, the accompanying Notice of Motion for Preliminary Injunction, Motion

27   for Preliminary Injunction, its supporting papers, and the Court's file herein.   Defendant has

28

1    indicated that it will not consent to the assignment of this case to Magistrate Judge Chen.

2    Therefore, we respectfully ask that the case be promptly reassigned, and that the Court schedule a

3    hearing on the Motion for Preliminary Injunction on November 20, 2007, or as soon thereafter as is

4    practicable.

5                                                    By _____/s/_____

                                                     David L. Sobel (*pro hac vice pending*)
6                                                    ELECTRONIC FRONTIER FOUNDATION
                                                     1875 Connecticut Ave. NW
7                                                    Suite 650
                                                     Washington, DC  20009
8                                                    Telephone: (202) 797-9009 x104
                                                     Facsimile: (202) 707-9066
9
                                                     Kurt Opsahl, Esq.
10                                                   Marcia Hofmann, Esq.
                                                     ELECTRONIC FRONTIER FOUNDATION
11                                                   454 Shotwell Street
                                                     San Francisco, CA  94110
12                                                   Telephone:  (415) 436-9333
                                                     Facsimile:  (415) 436-9993
13
                                                     Attorneys for Plaintiff
14                                                   ELECTRONIC FRONTIER FOUNDATION

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-
APPLICATION FOR ORDER SHORTENING TIME FOR
HEARING ON PLTFS MOTION FOR PRELIMINARY
INJUNCTION

1

**<u>CERTIFICATE OF SERVICE</u>**

2
    I hereby certify that on October 29, 2007, I electronically filed the foregoing

3
APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON PLAINTIFFS

4
MOTION FOR PRELIMINARY INJUNCTION HEARING with the Clerk of the Court using the

5
CM/ECF system which will send e-mail notification of such filing, and I hereby certify that I will

6
mail the foregoing document or paper on October 29, 2007, via express delivery service for

7
guaranteed delivery on the next business day to the following non-CM/ECF participant:

8
Andrew I. Warden
Trial Attorney
9
U.S. Department of Justice
Civil Division, Federal Programs Branch
10
20 Massachusetts Ave., NW, Room 6120
Washington, DC 20530

11

12

13
                                    By _____/s/_____
                                        Marcia Hofmann (SBN 250087)
14
                                        ELECTRONIC FRONTIER FOUNDATION
                                        454 Shotwell Street
15
                                        San Francisco, CA 94110
                                        Telephone:    (415) 436-9333 x116
16
                                        Facsimile:    (415) 436-9993
                                        marcia@eff.org
17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE