David L. Sobel *(pro hac vice pending)*
*sobel@eff.org*
ELECTRONIC FRONTIER FOUNDATION
1875 Connecticut Ave. NW
Suite 650
Washington, DC  20009
Telephone: (202) 797-9009 x104
Facsimile: (202) 707-9066

Kurt Opsahl (SBN 191303)
*kurt@eff.org*
Marcia Hofmann (SBN 250087)
*marcia@eff.org*
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333 x116
Facsimile: (415) 436-9993

Attorneys for Plaintiff
ELECTRONIC FRONTIER FOUNDATION

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE,<br><br>　　　　　　　　　　　　Defendant. | NO. C 07-5278 EMC<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF APPLICATION FOR ORDER SHORTENING TIME FOR PRELIMINARY INJUNCTION HEARING**<br><br>Courtroom: |

    Plaintiff Electronic Frontier Foundation ("EFF") moves this Court for an order shortening time to November 20, 2007 or as soon thereafter as is practicable for a hearing on Plaintiff's Motion for Preliminary Injunction. Ample grounds and authority exist to issue an order shortening

time.  Further, the requested schedule will not pose a hardship to Defendant Office of the Director of National Intelligence ("ODNI"), and may result in the public release of documents relevant to an important matter of public concern currently being debated in Congress.

## I.   THE COURT HAS AUTHORITY TO SHORTEN TIME TO HEAR A MOTION FOR PRELIMINARY INJUNCTION

Rule 6(d) of the Federal Rules of Civil Procedure explicitly fixes the time for hearings on noticed motions "unless a different period is fixed . . . by order of the court." Fed. R. Civ. P. 6(d). That same rule authorizes a party to seek a different time period upon an *ex parte* application. *ld.* The Court, pursuant to Rule 6(d), may shorten the time for hearing a motion. *E.g., United States v. Fitch*, 472 F.2d 548, 549 n. 5 (9th Cir. 1973), *cert. denied*, 410 U.S. 914 (1973) (shortened time regarding civil contempt of grand jury witnesses).  Thus, this Court has the authority to shorten the time for a hearing on EFF's concurrently filed Motion for Preliminary Injunction.

## II.   SHORTENED TIME IS APPROPRIATE UNDER THESE CIRCUMSTANCES

This lawsuit seeks to compel ODNI to process the requested records expeditiously under the FOIA because they involve a matter about which there is an "urgency to inform the public about actual or alleged Federal Government activity," and they are sought by "a person primarily engaged in disseminating information."  ODNI has conceded that EFF's FOIA requests satisfy this statutory standard, and are legally entitled to expedited processing. Notwithstanding ODNI's purported decision to expedite the processing of EFF's FOIA requests, however, the agency has to date neither completed the processing of EFF's requests, nor informed EFF of an anticipated date for the completion of the processing of the requests.

A hearing before this Court on shortened time is necessary because two pieces of legislation recently introduced in Congress may imminently amend the Foreign Intelligence Surveillance Act: the RESTORE Act of 2007, H.R. 3773, and the Foreign Intelligence Surveillance Act of 1978 Amendments Act of 2007, S. 2248.  The Senate bill, which was introduced and approved on October 18, 2007 by the Senate Select Committee on Intelligence, purports to require dismissal of any state or federal lawsuit against a carrier for facilitation of government surveillance if the Attorney General certifies to the court that the company was assisting in certain intelligence

activity authorized by the President.  Senate Majority Leader Harry Reid has publicly indicated that he expects the bill to reach the Senate floor by mid-November. This vote may delayed for various reasons.  Still, because these two new proposals aim to replace a stopgap measure that will expire in February of 2008, we anticipate Congress will decide on the proposed legislation, including the immunity provision, extremely soon.

A hearing on shortened time is necessary also because EFF's repeated efforts to negotiate a production schedule with ODNI have been unsuccessful.  On October 22, 2007, EFF attorney Marcia Hofmann phoned Andrew I. Warden, Trial Attorney at the Department of Justice, and informed him that EFF had filed the complaint in this matter on October 17, 2007.  Mr. Warden is counsel in a similar but unrelated lawsuit between EFF and the Department of Justice currently pending in the District Court for the District of Columbia, *Electronic Frontier Foundation v. Dep't of Justice*, No. 07-1732 (D.D.C. filed Sept. 27, 2007).  Mr. Warden told Ms. Hofmann that he anticipated that he would be counsel for Defendant in this action and had obtained a copy of the October 17, 2007 complaint.

During this conversation, Ms. Hofmann told Mr. Warden that EFF wanted to explore the possibility of negotiating a processing schedule for EFF's FOIA requests to eliminate the need for further action in this case.  She explained, however, that legislation had been introduced and approved on October 18, 2007 in the Senate Select Committee on Intelligence that is closely related to the subject matter of the records underlying this case.  Ms. Hofmann told Mr. Warden that this development has significantly increased the urgency for the public to obtain the records sought from ODNI, and that EFF would consider seeking preliminary injunctive relief in the absence of an agreement to process EFF's requests in a timely manner.  Mr. Warden told Ms. Hofmann he would consult with his client.

On October 26, 2007, Ms. Hofmann conferred with Mr. Warden by phone and informed him of EFF's intention to move for a preliminary injunction and to seek an order to request shortened time for a hearing on the motion if EFF and ODNI had not reached an agreement by Monday, October 29, 2007.  As of this filing, no documents have been produced, and Mr. Warden

1  has not indicated when EFF's requests will be processed.

2  **III.    CONCLUSION**

3      Accordingly, Plaintiff respectfully askS that the Court shorten the time for hearing on EFF's

4  Motion for Preliminary Injunction to November 20, 2007 or the next available date.

5                                          By _____/s/_____

6                                          David L. Sobel (*pro hac vice pending*)
                                           ELECTRONIC FRONTIER FOUNDATION

7                                          1875 Connecticut Ave. NW
                                           Suite 650
                                           Washington, DC  20009

8                                          Telephone: (202) 797-9009 x104
                                           Facsimile: (202) 707-9066

9

10                                         Kurt Opsahl, Esq.
                                           Marcia Hofmann, Esq.

11                                         ELECTRONIC FRONTIER FOUNDATION
                                           454 Shotwell Street

12                                         San Francisco, CA  94110
                                           Telephone:  (415) 436-9333
                                           Facsimile:  (415) 436-9993

13

14                                         Attorneys for Plaintiff
                                           ELECTRONIC FRONTIER FOUNDATION

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-

1

## CERTIFICATE OF SERVICE

2        I hereby certify that on October 29, 2007, I electronically filed the foregoing

3   MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF APPLICATION FOR

4   ORDER SHORTENING TIME FOR PRELIMINARY INJUNCTION HEARING with the Clerk

5   of the Court using the CM/ECF system which will send e-mail notification of such filing, and I

6   hereby certify that I will mail the foregoing document or paper on October 29, 2007, via express

7   delivery service for guaranteed delivery on the next business day to the following non-CM/ECF

8   participant:

9   Andrew I. Warden
    Trial Attorney
10  U.S. Department of Justice
    Civil Division, Federal Programs Branch
11  20 Massachusetts Ave., NW, Room 6120
    Washington, DC 20530

12

13

14                                    By _____/s/_____

15                                        Marcia Hofmann (SBN 250087)
                                          ELECTRONIC FRONTIER FOUNDATION
16                                        454 Shotwell Street
                                          San Francisco, CA 94110
17                                        Telephone:      (415) 436-9333 x116
                                          Facsimile:      (415) 436-9993
18                                        marcia@eff.org

19

20

21

22

23

24

25

26

27

28