David L. Sobel *(pro hac vice pending)*
*sobel@eff.org*
ELECTRONIC FRONTIER FOUNDATION
1875 Connecticut Ave. NW
Suite 650
Washington, DC  20009
Telephone: (202) 797-9009 x104
Facsimile: (202) 707-9066

Kurt Opsahl (SBN 191303)
*kurt@eff.org*
Marcia Hofmann (SBN 250087)
*marcia@eff.org*
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333 x116
Facsimile: (415) 436-9993

Attorneys for Plaintiff
ELECTRONIC FRONTIER FOUNDATION

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>    Plaintiff,<br><br> v.<br><br>OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE,<br><br>    Defendant. | NO. C 07-5278 EMC<br><br>**PROOF OF SERVICE DECLARATION OF MARCIA HOFMANN IN SUPPORT OF APPLICATION FOR ORDER SHORTENING TIME**<br><br>Courtroom: |

  1. I am an attorney of record for Plaintiff Electronic Frontier Foundation ("EFF") in this matter and a member in good standing of the California State Bar, and am admitted to practice before this Court. I have personal knowledge of the matters stated in this declaration. If called upon to do so, I am competent to testify to all matters set forth herein.

2. This declaration is submitted in support of EFF's Application for an Order Shortening Time to have its Motion for a Preliminary Injunction heard by this Court on November 20, 2007, or as soon thereafter as practicable.

3. On October 22, 2007, I phoned Andrew I. Warden, Trial Attorney at the Department of Justice, and informed him that EFF had filed the complaint in this matter on October 17, 2007. Mr. Warden is counsel in a similar but unrelated lawsuit between EFF and the Department of Justice currently pending in the District Court for the District of Columbia, *Electronic Frontier Foundation v. Dep't of Justice*, No. 07-1732 (D.D.C. filed Sept. 27, 2007). Mr. Warden told me that he anticipated that he would be counsel for Defendant in this action and had already obtained a copy of the October 17, 2007 complaint.

4. During this conversation, I told Mr. Warden that EFF wanted to explore the possibility of negotiating a processing schedule for EFF's Freedom of Information Act ("FOIA") requests to eliminate the need for further action in this case. I explained, however, that legislation had been introduced and approved on October 18, 2007 by the Senate Select Committee on Intelligence that is closely related to the subject matter of the records underlying this case. I told Mr. Warden that this development has significantly increased the urgency for the public to obtain the records sought from ODNI, and that EFF would consider seeking preliminary injunctive relief in the absence of an agreement to process EFF's requests in a timely manner. Mr. Warden told me he would consult with his client.

5. On October 24, 2007, Leticia Perez, Legal Secretary for EFF, served copies of the complaint, summonses, and orders of this Court via certified mail on Defendant ODNI, as well as the United States Attorney General and United States Attorney for the Northern District of California, as required by Fed. R. Civ. P. 4(i)(1)(a)-(c). Copies of the receipts for these mailings are attached hereto as Exhibit 1. United States Postal Service records indicate that United States Attorney General and United States Attorney for the Northern District of California have received and accepted the service mailings, though Defendant ODNI's package has not yet been delivered. Copies of these records are attached hereto as Exhibit 2.

6. On October 25, 2007, I sent Mr. Warden an email reiterating EFF's willingness to

discuss a mutually agreeable production schedule for its FOIA requests. In light of the legislation pending in the Senate, however, I told Mr. Warden that EFF intended to seek preliminary relief in this case if the parties could not reach an agreement on the processing of EFF's requests by Monday, October 29, 2007. I received no response to this email.

7. On October 26, 2007, I conferred with Mr. Warden by phone and informed him of my intention to move for a preliminary injunction and to seek an order for shortened time to hear the motion if EFF and ODNI had not reached an agreement by Monday, October 29, 2007. During that conversation, Mr. Warden did not agree to a hearing of the Motion for Preliminary Injunction on the schedule proposed by EFF in its Application for an Order to Shorten Time, and said that ODNI would decide whether to oppose the application after it had an opportunity to evaluate the underlying motion. Mr. Warden also informed me that ODNI intends to decline to proceed before Magistrate Judge Chen and request reassignment of this case to an Article III judge. I have had no further discussions with Mr. Warden.

8. I certify that today I served a copy of EFF's Motion for Preliminary Injunction, Application for an Order Shortening Time, and the declarations and exhibits supporting each filing on Defendant's attorney via email and FedEx Overnight.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct to the best of my knowledge and belief. Executed October 29, 2007 in San Francisco, California.

By       /s/
Marcia Hofmann (SBN 250087)
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone:    (415) 436-9333 x116
Facsimile:    (415) 436-9993
marcia@eff.org

**CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2007, I electronically filed the foregoing PROOF OF SERVICE DECLARATION OF MARCIA HOFMANN with the Clerk of the Court using the CM/ECF system which will send e-mail notification of such filing, and I hereby certify that I will mail the foregoing document or paper on October 29, 2007, via express delivery service for guaranteed delivery on the next business day to the following non-CM/ECF participant:

Andrew I. Warden
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 6120
Washington, DC 20530

By       /s/
Marcia Hofmann (SBN 250087)
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333 x116
Facsimile: (415) 436-9993
marcia@eff.org