# EXHIBIT 1

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20511  OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $1.48 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $4.13 |

Postmark Here  10/24/2007  SAN FRANCISCO CA  USPS 94103-9991

Sent To: Office of the Director of National Intelligence
Street, Apt. No.; or PO Box No.:
City, State, ZIP+4: Washington, DC 20511

PS Form 3800, August 2006                See Reverse for Instructions



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20530  OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $1.48 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $4.13 |

Sent To: Attorney General of the U.S. Dept. of Justice
Street, Apt. No. or PO Box No.: 950 Pennsylvania Ave, NW
City, State, ZIP+4: Washington, DC 20530

PS Form 3800, August 2006                See Reverse for Instructions



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

SAN FRANCISCO CA 94102  OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $1.48 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $4.13 |

Postmark Here  10/24/2007

Sent To: Civil Process Clerk, United States Attorney General
Street, Apt. No. or PO Box No.: 450 Golden Gate Ave, 11th Fl
City, State, ZIP+4: San Francisco, CA 94102

PS Form 3800, August 2006                See Reverse for Instructions