# EXHIBIT 2



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7007 0710 0000 2921 3148**
Status: **Acceptance**

Your item was accepted at 12:38 PM on October 24, 2007 in SAN FRANCISCO, CA 94103. Information, if available, is updated every evening. Please check again later.

### Track & Confirm

Enter Label/Receipt Number.

( Go > )

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

| Site Map | Contact Us | Forms | Gov't Services | Jobs | Privacy Policy | Terms of Use | National & Premier Accounts |

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA





**UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7007 0710 0000 2921 3124**
Detailed Results:

- **Delivered, October 29, 2007, 4:46 am, WASHINGTON, DC 20530**
- **Notice Left, October 29, 2007, 2:51 am, WASHINGTON, DC 20530**
- **Arrival at Unit, October 29, 2007, 1:18 am, WASHINGTON, DC 20022**
- **Acceptance, October 24, 2007, 12:36 pm, SAN FRANCISCO, CA 94103**

( < Back )    ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.    ( Go > )

Site Map | Contact Us | Forms | Gov't Services | Jobs | Privacy Policy | Terms of Use | National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA



Home | Help | Sign In

Track & Confirm        FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7007 0710 0000 2921 3131**
Detailed Results:

- **Delivered, October 25, 2007, 10:57 am, SAN FRANCISCO, CA 94102**
- **Acceptance, October 24, 2007, 12:37 pm, SAN FRANCISCO, CA 94103**

( < Back )          ( Return to USPS.com Home > )

### Track & Confirm

Enter Label/Receipt Number.

( Go > )

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   ( Go > )

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.     No FEAR Act EEO Data     FOIA