David L. Sobel *(pro hac vice pending)*
*sobel@eff.org*
ELECTRONIC FRONTIER FOUNDATION
1875 Connecticut Ave. NW
Suite 650
Washington, DC  20009
Telephone: (202) 797-9009 x104
Facsimile: (202) 707-9066

Kurt Opsahl (SBN 191303)
*kurt@eff.org*
Marcia Hofmann (SBN 250087)
*marcia@eff.org*
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333 x116
Facsimile: (415) 436-9993


Attorneys for Plaintiff
ELECTRONIC FRONTIER FOUNDATION

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>                    Plaintiff,<br><br>     v.<br><br>OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE,<br><br>                    Defendant. | NO. C 07-5278 EMC<br><br>**[PROPOSED] ORDER SHORTENING TIME FOR PRELIMINARY INJUNCTION HEARING**<br><br>Courtroom: |

Good cause having been shown and pursuant to Federal Rule of Civil Procedure 6(d), it is HEREBY ORDERED THAT:

//

-2-

The hearing on Plaintiff's Motion for Preliminary Injunction is scheduled for _____, 2007.  The moving papers for that Motion have already been filed and served on Defendant.

Defendant's Opposition shall be filed no later than _____, 2007.

Plaintiff's Reply shall be filed no later than _____, 2007.

*   *   *

**ORDER**

IT IS SO ORDERED.

DATED:_____   _____