PETER D. KEISLER
Assistant Attorney General
SCOTT N. SCHOOLS
United States Attorney
ELIZABETH J. SHAPIRO
Assistant Director, Federal Programs Branch
ANDREW I. WARDEN (IN Bar No. 23840-49)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 6120
Washington, D.C. 20530
Telephone: (202) 616-5084
Facsimile: (202) 616-8460
Andrew.Warden@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, ) ) ) Plaintiff, ) ) v. ) ) OFFICE OF THE DIRECTOR OF NATIONAL ) INTELLIGENCE, ) ) Defendant. ) | Civil Action No. 3:07-5278 EMC<br><br>**NOTICE OF ATTORNEY APPEARANCE** |

PLEASE TAKE NOTICE that Andrew I. Warden, United States Department of Justice, Civil Division, hereby enters his appearance as counsel of record on behalf of defendant, Office of the Director of National Intelligence, in the above-captioned case.

DATED:    October 30, 2007        Respectfully submitted,

                                  PETER D. KEISLER
                                  Assistant Attorney General

Notice of Attorney Appearance, C. A. No. 3:07-5278 (EMC) – Page 1

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

SCOTT N. SCHOOLS  
United States Attorney  

ELIZABETH J. SHAPIRO  
Assistant Director, Federal Programs Branch  

*/S/ Andrew I. Warden*  
ANDREW I. WARDEN (IN Bar No. 23840-49)  
Trial Attorney, U.S. Department of Justice  
Civil Division, Federal Programs Branch  
20 Massachusetts Ave., N.W., Room 6120  
Washington, D.C. 20001  
Telephone: (202) 616-5084  
Facsimile: (202) 616-8460  
Andrew.Warden@usdoj.gov  

Notice of Attorney Appearance, C. A. No. 3:07-5278 (EMC) – Page 2