PETER D. KEISLER
Assistant Attorney General
SCOTT N. SCHOOLS
United States Attorney
ELIZABETH J. SHAPIRO
Assistant Director, Federal Programs Branch
ANDREW I. WARDEN (IN Bar No. 23840-49)
Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 6120
Washington, D.C. 20530
Telephone: (202) 616-5084
Facsimile: (202) 616-8460
Andrew.Warden@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>v.<br><br>OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE,<br><br>            Defendant. | Civil Action No. 3:07-5278 EMC<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

Pursuant to 28 U.S.C. § 636(c) and Civil L.R. 73-1, Defendant Office of the Director of National Intelligence hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition. Defendant hereby requests the reassignment of this case to a United States District Judge.

DATED:    October 30, 2007        Respectfully submitted,

                                                        PETER D. KEISLER
                                                        Assistant Attorney General

Declination to Proceed Before Magistrate Judge, C. A. No. 3:07-5278 (EMC) – Page 1

1
2
3
4
5
6
7
8

SCOTT N. SCHOOLS
United States Attorney

ELIZABETH J. SHAPIRO
Assistant Director, Federal Programs Branch

*/S/ Andrew I. Warden*
ANDREW I. WARDEN (IN Bar No. 23840-49)
Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 6120
Washington, D.C. 20001
Telephone: (202) 616-5084
Facsimile: (202) 616-8460
Andrew.Warden@usdoj.gov

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Declination to Proceed Before Magistrate Judge, C. A. No. 3:07-5278 (EMC) – Page 2