1  Marcia Hofmann (SBN 250087)
   *marcia@eff.org*
2  ELECTRONIC FRONTIER FOUNDATION
   454 Shotwell Street
3  San Francisco, CA 94110
   Telephone: (415) 436-9333 x112
4  Facsimile: (415) 436-9993

5

   Attorney for Plaintiff
6

7

8
                     UNITED STATES DISTRICT COURT
9
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11
   ELECTRONIC FRONTIER FOUNDATION,  )   No. C-07-05278 EMC
12                                  )
                       Plaintiff,   )   [PROPOSED] ORDER GRANTING
13                                  )   APPLICATION FOR ADMISSION OF
                                    )   ATTORNEY TO APPEAR *PRO HAC*
14      v.                          )   *VICE*
                                    )
15 OFFICE OF THE DIRECTOR OF NATIONAL )
   INTELLIGENCE,                    )
16                                  )
                       Defendant.   )
17                                  )

18
       David Sobel, an active member in good standing of the bar of the District of Columbia
19
   whose business address and telephone number is:
20

21 ELECTRONIC FRONTIER FOUNDATION
   1875 Connecticut Ave. NW, Suite 650, Washington, DC 20009
22 Telephone: (202) 797-9009 x12
   Facsimile: (202) 707-9066
23
   having applied in the above-entitled action for admission to practice in the Northern District of
24
   California on a *pro hac vice* basis, representing Plaintiff.
25
       IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
26
   conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
27
   *vice*. Service of papers upon and communication with co-counsel designated in the application will
28

-1-
[PROPOSED] ORDER GRANTING APPLICATION FOR
ADMISSION OF ATTORNEY TO APPEAR *PRO HAC VICE*

1  constitute notice to the party.  All future filings in this action are subject to the requirements
2  contained in General Order No. 45, *Electronic Case Filing*.

Dated: 10/30/07

EDWARD J. CHEN

United States Magistrate Judge

-2-
[PROPOSED] ORDER GRANTING APPLICATION FOR
ADMISSION OF ATTORNEY TO APPEAR *PRO HAC VICE*