PETER D. KEISLER
Assistant Attorney General
SCOTT N. SCHOOLS
United States Attorney
ELIZABETH J. SHAPIRO
Assistant Director, Federal Programs Branch
ANDREW I. WARDEN (IN Bar No. 23840-49)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 6120
Washington, D.C. 20530
Telephone: (202) 616-5084
Facsimile: (202) 616-8460
Andrew.Warden@usdoj.gov

*Attorneys for Defendant Office of the*
*Director of National Intelligence*

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, ) | Civil Action No. 3:07-5278 SI |
| ) | |
| Plaintiff, ) | **JOINT STIPULATION FOR** |
| ) | **BRIEFING AND HEARING** |
| v. ) | **SCHEDULE ON PLAINTIFF'S** |
| ) | **MOTION FOR PRELIMINARY** |
| OFFICE OF THE DIRECTOR OF NATIONAL ) | **INJUNCTION [Dkt. 6] AND** |
| INTELLIGENCE, ) | **MOTION FOR ORDER** |
| ) | **SHORTENING TIME FOR** |
| Defendant. ) | **HEARING [Dkt. 9]** |
| ) | |

### RECITALS

A.      On October 29, 2007, plaintiff in the above-captioned matter filed a motion for preliminary injunction [dkt. 6] and a motion for order shortening time for hearing on plaintiff's motion for preliminary injunction [dkt. 9].

B.      Since the filing of these motions, plaintiff's counsel and defendant's counsel have reached the following stipulated agreement regarding a briefing and hearing schedule for plaintiff's motion for preliminary injunction.

C. A. No. 3:07-5278 SI – Joint Stipulation For Briefing And Hearing Schedule On Plaintiff's Motion For
Preliminary Injunction

1

2                                          **STIPULATION**

3        Plaintiff, Electronic Frontier Foundation ("EFF"), through its attorneys of record, and

4   defendant, Office of the Director of National Intelligence ("ODNI"), through its attorneys of

5   record, hereby stipulate to the following briefing and hearing schedule for plaintiff's motion for

6   preliminary injunction and request that the Court make this stipulation an order of the Court.  A

7   proposed order is attached.

8        1.      ODNI shall file its opposition to plaintiff's motion for preliminary injunction no

9   later than November 9, 2007;

10       2.      EFF shall file its reply brief in support of the motion for preliminary injunction no

11  later than November 16, 2007.

12       3.      The parties request that the Court schedule a hearing on plaintiff's motion for

13  preliminary injunction no sooner than November 26, 2007.  This date reflects EFF's adjustment

14  to its proposed hearing date (November 20, 2007) in order to accommodate defendant's

15  counsel's request, and to avoid imposing upon the parties or the Court during the Thanksgiving

16  holiday.

17       4.      In light of this stipulation, the parties agree that plaintiff's motion for order

18  shortening time for hearing on plaintiff's motion for preliminary injunction [dkt. 9] should be

19  denied as moot.

20

21  DATED:        November 1, 2007               Respectfully submitted,

22
    PETER D. KEISLER                             */S/ David L. Sobel*
23  Assistant Attorney General                   DAVID L. SOBEL

24  SCOTT N. SCHOOLS                              ELECTRONIC FRONTIER FOUNDATION
    United States Attorney                        1875 Connecticut Ave, N.W., Suite 650
25                                                Washington, DC 20009
    ELIZABETH J. SHAPIRO                          Telephone: (202) 797-9009 x104
26  Assistant Director, Federal Programs Branch  Facsimilie: (202) 707-9066

27  */S/ Andrew I. Warden*                        *Attorney for Plaintiff Electronic Frontier*
    ANDREW I. WARDEN (IN Bar No. 23840-49)       *Foundation*
28  Trial Attorney, U.S. Department of Justice

1

Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 6120

2

Washington, D.C. 20001
Telephone: (202) 616-5084

3

Facsimile: (202) 616-8460
Andrew.Warden@usdoj.gov

4

*Attorneys for Defendant Office of the*

5

*Director of National Intelligence*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

C. A. No. 3:07-5278 SI – Joint Stipulation For Briefing And Hearing Schedule On Plaintiff's Motion For
Preliminary Injunction                                                                                  2