PETER D. KEISLER
Assistant Attorney General
SCOTT N. SCHOOLS
United States Attorney
ELIZABETH J. SHAPIRO
Assistant Director, Federal Programs Branch
ANDREW I. WARDEN (IN Bar No. 23840-49)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 6120
Washington, D.C. 20530
Telephone: (202) 616-5084
Facsimile: (202) 616-8460
Andrew.Warden@usdoj.gov

*Attorneys for Defendant Office of the
Director of National Intelligence*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE,<br><br>　　　　　Defendant. | Civil Action No. 3:07-5278 SI<br><br>**[PROPOSED] ORDER FOR BRIEFING AND HEARING SCHEDULE ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION [Dkt. 6]** |

　　　Good cause having shown, it is HEREBY ORDERED THAT:

　　　1.　　Defendant Office of the Director of National Intelligence ("ODNI") shall file its opposition to plaintiff's motion for preliminary injunction [dkt. 6] no later than November 9, 2007;

　　　2.　　Plaintiff Electronic Frontier Foundation ("EFF") shall file its reply brief in support of the motion for preliminary injunction no later than November 16, 2007;

1    3.    The Court shall schedule a hearing on plaintiff's motion for preliminary injunction
2 no sooner than November 26, 2007; and

3    4.    In light of the foregoing, plaintiff's motion for order shortening time for hearing
4 on plaintiff's motion for preliminary injunction [dkt. 9] is denied as moot.

5

6 IT IS SO ORDERED.

7 Dated: November___, 2007.

8

9                                                    _____
                                                     United States District Judge
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28