**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, | No. C 07-05278SI |
| Plaintiff, | **NOTICE** |
| v. | |
| OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE, | |
| Defendant. | |

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the initial case management conference has been scheduled to occur on Friday, January 25, 2008, at 2:00 p.m. Please comply with the attached order when preparing for the conference.

Dated: November 6, 2007

RICHARD W. WIEKING, Clerk

Tracy Sutton
Deputy Clerk