PETER D. KEISLER
Assistant Attorney General
SCOTT N. SCHOOLS
United States Attorney
ELIZABETH J. SHAPIRO
Assistant Director, Federal Programs Branch
ANDREW I. WARDEN (IN Bar No. 23840-49)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 6120
Washington, D.C. 20530
Telephone: (202) 616-5084
Facsimile: (202) 616-8460
Andrew.Warden@usdoj.gov

*Attorneys for Defendant Office of the
Director of National Intelligence*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, )<br><br>Plaintiff, )<br><br>v. )<br><br>OFFICE OF THE DIRECTOR OF NATIONAL )<br>INTELLIGENCE, )<br><br>Defendant. ) | Civil Action No. 3:07-5278 SI<br><br>**[PROPOSED] ORDER FOR BRIEFING AND HEARING SCHEDULE ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION [Dkt. 6]** |

Good cause having shown, it is HEREBY ORDERED THAT:

1.      Defendant Office of the Director of National Intelligence ("ODNI") shall file its

opposition to plaintiff's motion for preliminary injunction [dkt. 6] no later than November 9,

2007;

2.      Plaintiff Electronic Frontier Foundation ("EFF") shall file its reply brief in support

of the motion for preliminary injunction no later than November 16, 2007;

1        3.      The Court shall schedule a hearing on plaintiff's motion for preliminary injunction

ON NOVEMBER 30, 2007

2    n̶o̶ ̶s̶o̶o̶n̶e̶r̶ ̶t̶h̶a̶n̶ ̶N̶o̶v̶e̶m̶b̶e̶r̶ ̶2̶6̶,̶ ̶2̶0̶0̶7̶; and

3        4.      In light of the foregoing, plaintiff's motion for order shortening time for hearing

4    on plaintiff's motion for preliminary injunction [dkt. 9] is denied as moot.

5

6    IT IS SO ORDERED.

7    Dated: November___, 2007.

8

9                                          _____

10                                              United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28