PETER D. KEISLER
Assistant Attorney General
SCOTT N. SCHOOLS
United States Attorney
ELIZABETH J. SHAPIRO
Assistant Director, Federal Programs Branch
ANDREW I. WARDEN (IN Bar No. 23840-49)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 6120
Washington, D.C. 20530
Telephone: (202) 616-5084
Facsimile: (202) 616-8460
Andrew.Warden@usdoj.gov

*Attorneys for Defendant Office of the
Director of National Intelligence*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, | Civil Action No. 3:07-5278 (SI) |
| Plaintiff, | **[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE, | Hearing Date: November 30, 2007 |
| Defendant. | |

Upon consideration of plaintiff's motion for preliminary injunction [dkt. no. 6], and respondents' opposition thereto, it is hereby

ORDERED that plaintiff's motion is DENIED.

IT IS SO ORDERED.

Dated: _____, 2007.

_____
United States District Judge

C. A. No. 3:07-5278 (SI) – [Proposed] Order Denying Plaintiff's Motion For Preliminary Injunction