David L. Sobel *(pro hac vice)*
*sobel@eff.org*
ELECTRONIC FRONTIER FOUNDATION
1875 Connecticut Ave. NW
Suite 650
Washington, DC  20009
Telephone: (202) 797-9009 x104
Facsimile: (202) 707-9066

Kurt Opsahl (SBN 191303)
*kurt@eff.org*
Marcia Hofmann (SBN 250087)
*marcia@eff.org*
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333 x116
Facsimile: (415) 436-9993

Attorneys for Plaintiff
ELECTRONIC FRONTIER FOUNDATION

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, | NO. 3:07-CV-5278-SI |
| Plaintiff, | **DECLARATION OF DAVID L. SOBEL IN SUPPORT OF REPLY TO PRELIMINARY INJUNCTION** |
| v. | |
| OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE, | Judge:      The Hon. Susan Illston |
| | Date:       November 30, 2007 |
| Defendant. | Time:       9:00 a.m. |
| | Courtroom:  Courtroom 10, 19th Floor |

## DECLARATION OF DAVID L. SOBEL IN SUPPORT OF REPLY TO PRELIMINARY INJUNCTION

I, David L. Sobel, declare under penalty of perjury:

    1.   I am an attorney of record for the plaintiff in this matter and a member in good

-1-

standing of the District of Columbia Bar, and have been admitted *pro hac vice* to appear before this Court in this action.  I have personal knowledge of the matters stated in this declaration.  If called upon to do so, I am competent to testify to all matters set forth herein.

2.     Attached hereto as Exhibit A is a true and correct copy of a letter from Sens. Patrick Leahy and Arlen Specter to Attorney General Alberto Gonzales, dated May 21, 2007, available at http://leahy.senate.gov/press/200705/5-21 07%20PJL%20AS%20ltr%20 to%20AG.pdf.

3.     Attached hereto as Exhibit B is a true and correct copy of a letter from Sens. Patrick Leahy and Arlen Specter to Fred Fielding, Counsel to the President, dated October 22, 2007, available         at         http://leahy.senate.gov/press/200710/10-22-07%20PJL-AS%20ltr%20 to%20Fielding.pdf.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct to the best of my knowledge and belief.  Executed November 16, 2007 in Washington, DC.

By_____/s/_____
        David L. Sobel (admitted *pro hac vice*)