JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
CARL J. NICHOLS
Deputy Assistant Attorney General
SCOTT N. SCHOOLS
United States Attorney
ELIZABETH J. SHAPIRO
Assistant Director, Federal Programs Branch
ANDREW I. WARDEN (IN Bar No. 23840-49)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 6120
Washington, D.C. 20530
Telephone: (202) 616-5084
Facsimile: (202) 616-8460
Andrew.Warden@usdoj.gov

*Attorneys for Defendant Office of the
Director of National Intelligence*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE,<br><br>Defendant, | No. C 07-5278 SI<br><br>**DEFENDANT'S MOTION TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE BY TELEPHONE**<br><br>Case Management Conference<br>Date: January 25, 2008<br>Time: 2:00 p.m. |

Pursuant to Civil L.R. 16-10(a), counsel for Defendant Office of the Director of National Intelligence hereby requests to participate by telephone in the case management conference scheduled to occur at 2:00 p.m. on January 25, 2008 in the above-captioned matter. Counsel for defendants is an attorney with the Department of Justice in Washington, D.C. and believes that the issues to be addressed at the case management conference can be efficiently handled through his participation by telephone rather than requiring the government to incur the expense of

providing for counsel's travel and lodging in San Francisco to attend the conference in person.

Defendant's counsel has conferred with plaintiff's counsel who has no objections to this request. A proposed order is attached hereto.

Dated: January 7, 2008                    Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

CARL J. NICHOLS
Deputy Assistant Attorney General

SCOTT N. SCHOOLS
United States Attorney

ELIZABETH J. SHAPIRO
Assistant Director, Federal Programs Branch

*/S/ Andrew I. Warden*
ANDREW I. WARDEN (IN Bar No. 23840-49)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 6120
Washington, D.C. 20530
Telephone: (202) 616-5084
Facsimile: (202) 616-8460
E-mail: Andrew.Warden@usdoj.gov

*Attorneys for Defendant Office of the Director of National Intelligence*