# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, <br><br> Plaintiff, <br><br> v. <br><br> OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE, <br><br> Defendant, | No. C 07-5278 SI <br><br> **[PROPOSED] ORDER** <br><br><br> Case Management Conference <br> Date: January 25, 2008 <br> Time: 2:00 p.m. |

Good cause having shown, it is HEREBY ORDERED THAT:

1. Defendant Office of the Director of National Intelligence's Motion To Participate In Case Management Conference By Telephone is GRANTED; and

2. Counsel for Defendant is authorized to participate in the January 25, 2008 Case Management Conference by telephone.

IT IS SO ORDERED.

Dated: January ___, 2008.

_____
UNITED STATES DISTRICT JUDGE