# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, <br><br> Plaintiff, <br><br> v. <br><br> OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE, <br><br> Defendant. | No. C 07-5278 SI <br><br> **[PROPOSED] ORDER ESTABLISHING BRIEFING SCHEDULE** <br><br> Judge: Hon. Susan Illston <br> Date: January 25, 2008 <br> Time: 2 p.m. |

Upon consideration of the Joint Case Management Statement, it is hereby ORDERED that submission and briefing of the parties' cross-motions for summary judgment shall proceed according to the following schedule:

- February 5, 2008 – ODNI Motion For Summary Judgment
- February 15, 2008 – EFF Opposition To Motion For Summary Judgment
- February 22, 2008 – ODNI Reply In Support of Motion For Summary Judgment
- March 7, 2008 – Motion Hearing Date

IT IS SO ORDERED.

Dated: January ___, 2008.

_____
UNITED STATES DISTRICT JUDGE

No. C 07-5278 SI – [Proposed] Order Establishing Briefing Schedule                                                                1