**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 1/25/08

Case No.   C-07-5278 SI          Judge:   SUSAN ILLSTON

Title: ELECTRIC FRONTIER  -v- OFFICE OF THE NATIONAL INTELLIGENCE

Attorneys: M. Hoffman, K. Opsahl          A. Warden (phone)

Deputy Clerk:  Tracy Sutton   Court Reporter:  n/a

**PROCEEDINGS**

1)   Initial Case Management Conference - HELD

2)   _____

3)   _____

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                 PART

Case continued to ___ @ 2:30 p.m. for Further Case Management Conference

Case continued to **3/7/08    @ 9:00 a.m.**   for Motions

Case continued to ___ @ 3:30 p.m.  for Pretrial Conference

Case continued to ___ @ 8:30 a.m.  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING: