JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

CARL J. NICHOLS
Deputy Assistant Attorney General

SCOTT N. SCHOOLS
United States Attorney

ELIZABETH J. SHAPIRO
Assistant Director, Federal Programs Branch

ANDREW I. WARDEN (IN Bar No. 23840-49)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7332
Washington, D.C. 20530
Telephone: (202) 616-5084
Facsimile: (202) 616-8460
Andrew.Warden@usdoj.gov

*Attorneys for Defendant Office of the*
*Director of National Intelligence*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, <br><br> Plaintiff, <br><br> v. <br><br> OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE, <br><br> Defendant, | No. C 07-5278 SI <br><br> **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** <br><br> HEARING ON MOTION FOR SUMMARY JUDGMENT <br><br> Date: March 7, 2008 <br> Time: 9:00 a.m. |

Defendant Office of the Director of National Intelligence ("ODNI") hereby notices and submits this motion for summary judgment to be heard on March 7, 2008, at 9:00 a.m. before the Honorable Susan Illston.

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, ODNI respectfully moves this Court for summary judgment in favor of ODNI and for dismissal of this case. The reasons for this motion are set forth in ODNI's Memorandum of Points and Authorities in Support of Motion for Summary Judgment filed herewith.

A proposed order is attached hereto.

Dated: February 5, 2008　　　　　Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

CARL J. NICHOLS
Deputy Assistant Attorney General

SCOTT N. SCHOOLS
United States Attorney

ELIZABETH J. SHAPIRO
Assistant Director, Federal Programs Branch

/S/ Andrew I. Warden
ANDREW I. WARDEN (IN Bar No. 23840-49)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7332
Washington, D.C. 20530
Telephone: (202) 616-5084
Facsimile: (202) 616-8460
E-mail: Andrew.Warden@usdoj.gov

*Attorneys for Defendant Office of the Director of National Intelligence*