# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE,<br><br>　　　　Defendant, | No. C 07-5278 SI<br><br>**[PROPOSED] ORDER**<br><br>HEARING ON MOTION<br>FOR SUMMARY JUDGMENT<br><br>Date: March 7, 2008<br>Time: 9:00 a.m. |

Having considered Defendant's Motion For Summary Judgment, and plaintiff's opposition thereto, it is HEREBY ORDERED THAT:

1. Defendant's Motion For Summary Judgment is GRANTED; and
2. This case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated: _____, 2008.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE