David L. Sobel *(pro hac vice)*
sobel@eff.org
ELECTRONIC FRONTIER FOUNDATION
1875 Connecticut Ave. NW
Suite 650
Washington, DC  20009
Telephone: (202) 797-9009 x104
Facsimile: (202) 707-9066

Kurt Opsahl (191303)
*kurt@eff.org*
Marcia Hofmann (250087)
*marcia@eff.org*
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333 x116
Facsimile: (415) 436-9993

Attorneys for Plaintiff
ELECTRONIC FRONTIER FOUNDATION

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE,<br><br>　　　　　　　Defendant. | NO. C 07-5278 SI<br><br>**STIPULATION RE: EXTENSION OF BRIEFING SCHEDULE FOR MOTION FOR SUMMARY JUDGMENT AND PROPOSED ORDER** |

On January 16, 2008, Plaintiff Electronic Frontier Foundation ("EFF") and Defendant Office of the Director of National Intelligence ("ODNI") filed a joint case management statement and proposed order requesting the following dispositive briefing schedule in this case:

• ODNI would file its motion for summary judgment no later than February 5, 2008.

- EFF would file its opposition to the motion for summary judgment no later than February 15, 2008.
- ODNI would file its reply in support of its motion for summary judgment no later than February 22, 2008.
- The Court would hear the motion for summary judgment on March 7, 2008.

On January 29, 2008, the Court issued an order entering the briefing schedule requested by the parties.

On February 5, 2008, ODNI filed its motion for summary judgment. Pursuant to the Court's January 29 order, EFF must file its opposition to this motion by the end of the week. However, EFF and ODNI are currently in the midst of discussing whether to settle some or all of legal issues remaining in this case, and seek additional time to explore this possibility.

In order to facilitate these settlement discussions, EFF and ODNI hereby stipulate to the following modified briefing schedule and respectfully request that the Court make this stipulation an order of the Court:

1. EFF shall file its opposition to ODNI's motion for summary judgment (if any) no later than February 22, 2008.
2. ODNI shall file its reply to EFF's opposition (if any) no later than March 7, 2008.
3. The Court shall hear the motion for summary judgment (if at all) on March 21, 2008.

Dated:    February 13, 2008            Respectfully submitted,

| | |
|---|---|
| David L. Sobel, Esq. (*pro hac vice*)<br>ELECTRONIC FRONTIER FOUNDATION<br>1875 Connecticut Ave. NW<br>Suite 650<br>Washington, DC  20009<br>Telephone: (202) 797-9009 x104<br>Facsimile: (202) 797-9066 | JEFFREY S. BUCHOLTZ<br>Acting Assistant Attorney General<br><br>CARL J. NICHOLS<br>Deputy Assistant Attorney General<br><br>SCOTT N. SCHOOLS<br>United States Attorney<br><br>ELIZABETH J. SHAPIRO<br>Assistant Director, Federal Programs Branch |
| /s/ *Marcia Hofmann*<br>Kurt Opsahl, Esq.<br>Marcia Hofmann, Esq.<br>ELECTRONIC FRONTIER FOUNDATION<br> 454 Shotwell Street<br>San Francisco, CA  94110<br>Telephone: (415) 436-9333<br>Facsimile: (415) 436-9993<br><br>*Attorneys for Plaintiff<br>Electronic Frontier Foundation* | /s/ *Andrew I. Warden*<br>ANDREW I. WARDEN (IN Bar No. 23840-49)<br>Trial Attorney, U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Ave., N.W., Room 6120<br>Washington, D.C. 20530<br>Telephone: (202) 616-5084<br>Facsimile: (202) 616-8460<br>E-mail: Andrew.Warden@usdoj.gov<br><br>*Attorneys for Defendant Office of the<br>Director of National Intelligence* |

-3-
STIPULATION RE: EXTENSION OF BRIEFING SCHEDULE FOR MOTION
FOR SUMMARY JUDGMENT AND PROPOSED ORDER