David L. Sobel *(pro hac vice)*
*sobel@eff.org*
ELECTRONIC FRONTIER FOUNDATION
1875 Connecticut Ave. NW
Suite 650
Washington, DC  20009
Telephone: (202) 797-9009 x104
Facsimile: (202) 707-9066

Kurt Opsahl (191303)
*kurt@eff.org*
Marcia Hofmann (250087)
*marcia@eff.org*
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333 x116
Facsimile: (415) 436-9993

Attorneys for Plaintiff
ELECTRONIC FRONTIER FOUNDATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE,<br><br>Defendant. | NO. C 07-5278 SI<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

Having given full consideration to Plaintiff's Administrative Motion to Consider Whether Cases Should be Related, Defendant's response thereto, and good cause appearing, it is **HEREBY ORDERED** that *Electronic Frontier Foundation v. Office of the Director of National Intelligence*, No. 07-5278 (filed October 17, 2007) and *Electronic Frontier Foundation v. Office of the Director of National Intelligence et al.*, No. 08-1023 (filed February 20, 2008) are related.

\* \* \*

**ORDER**

IT IS SO ORDERED.

DATED:_____    _____

-2-
[Proposed] Order Granting Pl.'s Admin. Mot. to Consider
Whether Cases Should Be Related