David L. Sobel *(pro hac vice)*
*sobel@eff.org*
ELECTRONIC FRONTIER FOUNDATION
1875 Connecticut Ave. NW
Suite 650
Washington, DC  20009
Telephone: (202) 797-9009 x104
Facsimile: (202) 707-9066

Kurt Opsahl (191303)
*kurt@eff.org*
Marcia Hofmann (250087)
*marcia@eff.org*
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333 x116
Facsimile: (415) 436-9993

Attorneys for Plaintiff
ELECTRONIC FRONTIER FOUNDATION

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>                                Plaintiff,<br><br>        v.<br><br>OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE,<br><br>                                Defendant. | Case No. C 07-5278 SI<br><br>**STIPULATION RE: MOTION FOR SUMMARY JUDGMENT** |

Plaintiff Electronic Frontier Foundation ("EFF") and Defendant Office of the Director of National Intelligence ("ODNI") hereby stipulate to the following and respectfully request that this stipulation be made an order of the Court:

1.    The Court will enter an order granting ODNI's motion for summary judgment.

2.    The Court will vacate the hearing on ODNI's motion for summary judgment currently scheduled for March 21, 2008.

1

2       3.      To facilitate the parties' negotiation of attorneys fees, the parties stipulate to a

3   waiver of the time limit established by Local Rule 54-6, to the extent that the order granting the

4   motion for summary judgment may be deemed to be a "entry of judgment" under that rule. If EFF

5   and ODNI are unable to reach a mutually acceptable resolution on attorneys fees, they agree to

6   brief the issue according to the following schedule:

7       •       EFF will move for attorneys fees no later than April 11, 2008.

8       •       ODNI will oppose EFF's motion for attorneys fees no later than April 25, 2008.

9       •       EFF will reply to ODNI's opposition no later than May 2, 2008.

10      •       The Court will hear the motion for attorneys fees on May 16, 2008.

11

12  DATED:     February 22, 2008          Respectfully submitted,

13  David L. Sobel, Esq. (*pro hac vice*)     JEFFREY S. BUCHOLTZ
    ELECTRONIC FRONTIER                 Acting Assistant Attorney General
14  FOUNDATION
    1875 Connecticut Ave. NW            CARL J. NICHOLS
15  Suite 650                           Deputy Assistant Attorney General
    Washington, DC  20009
16  Telephone: (202) 797-9009 x104      SCOTT N. SCHOOLS
    Facsimile: (202) 797-9066           United States Attorney
17
                                        ELIZABETH J. SHAPIRO
18  /s/ *Marcia Hofmann*                 Assistant Director, Federal Programs Branch
    Kurt Opsahl, Esq.
19  Marcia Hofmann, Esq.
    ELECTRONIC FRONTIER                 /s/ *Andrew I. Warden*
20  FOUNDATION                          ANDREW I. WARDEN (IN Bar No. 23840-49)
     454 Shotwell Street                Trial Attorney, U.S. Department of Justice
21  San Francisco, CA  94110            Civil Division, Federal Programs Branch
    Telephone: (415) 436-9333           20 Massachusetts Ave., N.W., Room 6120
22  Facsimile: (415) 436-9993           Washington, D.C. 20530
                                        Telephone: (202) 616-5084
23  *Attorneys for Plaintiff*            Facsimile: (202) 616-8460
    *Electronic Frontier Foundation*     E-mail: Andrew.Warden@usdoj.gov
24
                                        *Attorneys for Defendant Office of the*
25                                       *Director of National Intelligence*

26

27

28

STIPULATION RE: MOTION FOR SUMMARY JUDGMENT