UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| ELECTRONIC FRONTIER FOUNDATION, | ) | NO. C 07-5278 SI |
| | ) | |
| Plaintiff, | ) | **[PROPOSED] ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Upon consideration of the Stipulation Regarding Motion For Summary Judgment, it is hereby ORDERED as follows:

1) ODNI's Motion For Summary Judgment is GRANTED;

2) The hearing on ODNI's Motion For Summary Judgment scheduled for March 21, 2008 is VACATED; and

3) In the event the parties are unable to reach an agreement concerning attorneys fees, the parties will brief the issue according to the following schedule:

- EFF will move for attorneys fees no later than April 11, 2008.

- ODNI will oppose EFF's motion for attorneys fees no later than April 25, 2008.

- EFF will reply to ODNI's opposition no later than May 2, 2008.

- The Court will hear the motion for attorneys fees on May 16, 2008.

IT IS SO ORDERED.

Dated: February ___, 2008.

_____
UNITED STATES DISTRICT JUDGE