# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL PRETRIAL MINUTES

Date:2/27/08

Case No.    C-07-5278 SI          Judge:  SUSAN ILLSTON

Title: ELECTRIC FRONTIER  -v- OFFICE OF THE NATIONAL INTELLIGENCE

Attorneys:M. Hoffman                A. Warden

Deputy Clerk:  Tracy Sutton  Court Reporter: n/a

## PROCEEDINGS

1)  Telephone Conference - HELD _____

2)  _____

3)  _____

Order to be prepared by:  (  )Pltf   (  )Deft   (  )Court

Disposition :  (  ) GRANTED, (  ) DENIED, (  ) GRANTED/DENIED IN   (  ) SUBMITTED
PART

Case continued to    @ 2:30 p.m. for Further Case Management Conference

Case continued to 3/7/08    @ 9:00 a.m.   for Motions

Case continued to    @ 3:30 p.m. for Pretrial Conference

Case continued to    @ 8:30 a.m.  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
The Court will not sign the recently submitted stipulation re: summary judgment.
Counsel will be submitting a Rule 41 dismissal.