# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

|  |  |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>        Plaintiff,<br><br>    v.<br><br>OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE,<br><br>        Defendant, | No. C 07-5278 SI<br><br>**ORDER** |

Upon consideration of Plaintiff's Administrative Motion To Consider Whether Cases Should Be Related (dkt. no. 40), and defendant's opposition thereto, it is hereby ORDERED as follows

1) Plaintiff's motion is DENIED; and

2) *Electronic Frontier Foundation v. ODNI*, No. 08-1023 EDL, shall be assigned pursuant to General Order 44 of this Court.

IT IS SO ORDERED.

Dated: March ___, 2008.

                                                             _____<br>
                                                             UNITED STATES DISTRICT JUDGE