David L. Sobel *(pro hac vice)*
*sobel@eff.org*
ELECTRONIC FRONTIER FOUNDATION
1875 Connecticut Ave. NW
Suite 650
Washington, DC 20009
Telephone: (202) 797-9009 x104
Facsimile: (202) 707-9066

Kurt Opsahl (191303)
*kurt@eff.org*
Marcia Hofmann (250087)
*marcia@eff.org*
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333 x116
Facsimile: (415) 436-9993

Attorneys for Plaintiff
ELECTRONIC FRONTIER FOUNDATION

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> OFFICE OF THE DIRECTOR OF NATIONAL ) <br> INTELLIGENCE, ) <br> ) <br> Defendant. ) <br> ) | NO. C 07-5278 SI <br><br> **STIPULATION OF DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff Electronic Frontier Foundation ("EFF") and defendant Office of the Director of National Intelligence ("ODNI") stipulate that all claims in the above-captioned case are dismissed with prejudice in their entirety.

To facilitate the parties' negotiation of attorney's fees, EFF and ODNI stipulate to a waiver

of the 14-day time limit to serve and file a motion for an award of such fees under Local Rule 54-6. If EFF and ODNI are unable to reach a mutually acceptable agreement on this issue, they will brief the matter according to the following schedule:

- EFF will move for attorney's fees no later than April 11, 2008.
- ODNI will oppose EFF's motion for attorney's fees no later than April 25, 2008.
- EFF will reply to ODNI's opposition no later than May 2, 2008.
- The Court will hear the motion for attorney's fees on May 16, 2008.

DATED:    March 4, 2008                                    Respectfully submitted,

| | |
|---|---|
| David L. Sobel, Esq. (*pro hac vice*)<br>ELECTRONIC FRONTIER FOUNDATION<br>1875 Connecticut Ave. NW<br>Suite 650<br>Washington, DC  20009<br>Telephone: (202) 797-9009 x104<br>Facsimile: (202) 797-9066 | JEFFREY S. BUCHOLTZ<br>Acting Assistant Attorney General<br><br>CARL J. NICHOLS<br>Deputy Assistant Attorney General<br><br>SCOTT N. SCHOOLS<br>United States Attorney |
| /s/<br>Kurt Opsahl, Esq.<br>Marcia Hofmann, Esq.<br>ELECTRONIC FRONTIER FOUNDATION<br> 454 Shotwell Street<br>San Francisco, CA  94110<br>Telephone: (415) 436-9333<br>Facsimile: (415) 436-9993<br><br>*Attorneys for Plaintiff*<br>*Electronic Frontier Foundation* | ELIZABETH J. SHAPIRO<br>Assistant Director, Federal Programs Branch<br><br>/s/<br>ANDREW I. WARDEN (IN Bar No. 23840-49)<br>Trial Attorney, U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Ave., N.W., Room 6120<br>Washington, D.C. 20530<br>Telephone: (202) 616-5084<br>Facsimile: (202) 616-8460<br>E-mail: Andrew.Warden@usdoj.gov<br><br>*Attorneys for Defendant Office of the*<br>*Director of National Intelligence* |

1
2              *    *    *
3  PURSUANT TO STIPULATION, IT IS SO ORDERED.
4
   DATED: _____     _____
5                                    Honorable Susan Illston
                                     United States District Judge
6