David L. Sobel *(pro hac vice)*
*sobel@eff.org*
ELECTRONIC FRONTIER FOUNDATION
1875 Connecticut Ave. NW
Suite 650
Washington, DC  20009
Telephone: (202) 797-9009 x104
Facsimile: (202) 707-9066

Kurt Opsahl (191303)
*kurt@eff.org*
Marcia Hofmann (250087)
*marcia@eff.org*
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333 x116
Facsimile: (415) 436-9993

Attorneys for Plaintiff
ELECTRONIC FRONTIER FOUNDATION

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, <br><br> Plaintiff, <br><br> v. <br><br> OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE, <br><br> Defendant. | NO. C 07-5278 SI <br><br> **STIPULATION OF DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff Electronic Frontier Foundation ("EFF") and defendant Office of the Director of National Intelligence ("ODNI") stipulate that all claims in the above-captioned case are dismissed with prejudice in their entirety.

To facilitate the parties' negotiation of attorney's fees, EFF and ODNI stipulate to a waiver

of the 14-day time limit to serve and file a motion for an award of such fees under Local Rule 54-6. If EFF and ODNI are unable to reach a mutually acceptable agreement on this issue, they will brief the matter according to the following schedule:

- EFF will move for attorney's fees no later than April 11, 2008.
- ODNI will oppose EFF's motion for attorney's fees no later than April 25, 2008.
- EFF will reply to ODNI's opposition no later than May 2, 2008.
- The Court will hear the motion for attorney's fees on May 16, 2008.

DATED:   March 4, 2008                    Respectfully submitted,

David L. Sobel, Esq. (*pro hac vice*)     JEFFREY S. BUCHOLTZ
ELECTRONIC FRONTIER FOUNDATION            Acting Assistant Attorney General
1875 Connecticut Ave. NW
Suite 650                                 CARL J. NICHOLS
Washington, DC  20009                     Deputy Assistant Attorney General
Telephone: (202) 797-9009 x104
Facsimile: (202) 797-9066                 SCOTT N. SCHOOLS
                                          United States Attorney

/s/_____               ELIZABETH J. SHAPIRO
Kurt Opsahl, Esq.                         Assistant Director, Federal Programs Branch
Marcia Hofmann, Esq.
ELECTRONIC FRONTIER FOUNDATION
 454 Shotwell Street                      /s/_____
San Francisco, CA  94110                  ANDREW I. WARDEN (IN Bar No. 23840-49)
Telephone: (415) 436-9333                 Trial Attorney, U.S. Department of Justice
Facsimile: (415) 436-9993                 Civil Division, Federal Programs Branch
                                          20 Massachusetts Ave., N.W., Room 6120
*Attorneys for Plaintiff*                 Washington, D.C. 20530
*Electronic Frontier Foundation*          Telephone: (202) 616-5084
                                          Facsimile: (202) 616-8460
                                          E-mail: Andrew.Warden@usdoj.gov

                                          *Attorneys for Defendant Office of the*
                                          *Director of National Intelligence*

1
2                              *   *   *
3  PURSUANT TO STIPULATION, IT IS SO ORDERED.
4  DATED: _____   _____
5                                  Honorable Susan Illston
                                   United States District Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28