JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

CARL J. NICHOLS
Deputy Assistant Attorney General

SCOTT N. SCHOOLS
United States Attorney

ELIZABETH J. SHAPIRO
Assistant Director, Federal Programs Branch

ANDREW I. WARDEN (IN Bar No. 23840-49)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 6120
Washington, D.C. 20530
Telephone: (202) 616-5084
Facsimile: (202) 616-8460
E-mail: Andrew.Warden@usdoj.gov

*Attorneys for Defendant Office of the
Director of National Intelligence*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>          Plaintiff,<br><br>     v.<br><br>OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE,<br><br>          Defendant. | NO. C 07-5278 SI<br><br>**STIPULATION EXTENDING HEARING DATE AND BRIEFING SCHEDULE FOR MOTION FOR ATTORNEY'S FEES** |

Plaintiff Electronic Frontier Foundation and defendant Office Director of National Intelligence of Commerce hereby stipulate to an extension of the hearing date and briefing schedule regarding plaintiff's motion for attorney's fees in the above-captioned case.

-1-
STIPULATION EXTENDING HEARING DATE AND BRIEFING SCHEDULE
FOR MOTION FOR ATTORNEY'S FEES

On March 5, 2008, the Court dismissed this case and scheduled a hearing for May 16, 2008, to address any motion filed by plaintiff for attorney's fees. Pursuant to the Court's order, plaintiff's motion for attorney's fees is currently due on April 11, 2008.

Since the entry of the Court's order, the parties have begun negotiation of attorney's fees and discussions are currently ongoing. In addition, the defendant is working through issues presented by the recent amendments to the Freedom of Information Act ("FOIA") that changed the law with respect to attorney's fees in FOIA cases. *See* OPEN Government Act of 2007, Pub. L. No. 110-175, 121 Stat. 2524. In order to provide the parties additional time to facilitate resolution of the attorney's fees issue without the need for the Court's involvement, EFF and ODNI hereby stipulate to a one-month extension of the Court's May 16, 2008 hearing date and a similar extension of the briefing schedule. In the event EFF and ODNI are unable to reach a mutually acceptable agreement on the attorney's fees issue, they will brief the matter according to the following schedule:

- EFF will move for attorney's fees no later than May 9, 2008.
- ODNI will oppose EFF's motion for attorney's fees no later than May 23, 2008.
- EFF will reply to ODNI's opposition no later than May 30, 2008.
- The Court will hear the motion for attorney's fees on June 20, 2008.

DATED:     April 1, 2008                              Respectfully submitted,

| | |
|---|---|
| David L. Sobel, Esq. (*pro hac vice*)<br>ELECTRONIC FRONTIER FOUNDATION<br>1875 Connecticut Ave. NW<br>Suite 650<br>Washington, DC  20009<br>Telephone: (202) 797-9009 x104<br>Facsimile: (202) 797-9066<br><br>/s/<br>Kurt Opsahl, Esq.<br>Marcia Hofmann, Esq.<br>ELECTRONIC FRONTIER FOUNDATION<br> 454 Shotwell Street<br>San Francisco, CA  94110<br>Telephone: (415) 436-9333<br>Facsimile: (415) 436-9993<br><br>*Attorneys for Plaintiff*<br>*Electronic Frontier Foundation* | JEFFREY S. BUCHOLTZ<br>Acting Assistant Attorney General<br><br>CARL J. NICHOLS<br>Deputy Assistant Attorney General<br><br>SCOTT N. SCHOOLS<br>United States Attorney<br><br>ELIZABETH J. SHAPIRO<br>Assistant Director, Federal Programs Branch<br><br>/s/<br>ANDREW I. WARDEN (IN Bar No. 23840-49)<br>Trial Attorney, U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Ave., N.W., Room 6120<br>Washington, D.C. 20530<br>Telephone: (202) 616-5084<br>Facsimile: (202) 616-8460<br>E-mail: Andrew.Warden@usdoj.gov<br><br>*Attorneys for Defendant Office of the*<br>*Director of National Intelligence* |

                                         *     *     *

PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED: _____     _____
                                   Honorable Susan Illston
                                   United States District Judge