IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELECTRONIC FRONTIER FOUNDATION,

    Plaintiff,

v.

OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE,

    Defendant.

No. C 07-05278SI

**NOTICE**

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the motion for an award of attorney's fees and costs has been continued to Friday, May 23, 2008, at 9:00 a.m.

Dated: April 15, 2008



RICHARD W. WIEKING, Clerk

Tracy Sutton
Deputy Clerk