IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KELLY ET AL,

       Plaintiff,

  v.

CITY & COUNTY OF SAN FRANCISCO ET AL,

       Defendant.

No. C 05-01287SI

**NOTICE**

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the motion to exclude certain chiefs from final settlement has been continued to Friday, May 30, 2008, at 9:00 a.m.

April 15, 2008

RICHARD W. WIEKING, Clerk



Tracy Sutton
Deputy Clerk