# EXHIBIT 6

**Marcia Hoffman – Adjusted Hours Chart**

| Time Entry Date | Requested Hours | Itemized Reduced Hours |
|---|---|---|
| 10/6/07 | 4.75 | .5 |
| 10/8/07 | 2.5 | .5 |
| 10/9/007 | 1 | .5 |
| 10/16/07 | 1.25 | .5 |
| 10/19/07 | 4.75 | 1 |
| 10/22/07 | 6.75 | 1 |
| 10/23/07 | 5 | 4.5 |
| 10/24/07 | 6.75 | 6.08 |
| 10/25/07 | 7.5 | 5.75 |
| 10/26/07 | 6.5 | 4.85 |
| 10/27/07 | 3.5 | 3.15 |
| 10/28/07 | 5.5 | 3.95 |
| 10/29/07 | 8.75 | 6.88 |
| 10/31/07 | 1.0 | 1 |
| 11/27/07 | .5 | .5 |
| 4/7/08 | 2.5 | 2.5 |
| 4/8/08 | 5.25 | 5.25 |
| 4/9/08 | 4.75 | 4.75 |
| 4/10/08 | 2.25 | 2.25 |
| 4/11/08 | 3.5 | 3.5 |

| | | |
|---|---|---|
| TOTAL | 84.25 | 58.91 |

- 58.91 total hours reduced by 70% = 17.67 total hours

- 17.67 total hours X $270.50/hr = $4779.74 total fee award

**Kurt Opsahl – Adjusted Hours Chart**

| *Time Entry Date* | *Requested Hours* | *Itemized Reduced Hours* |
|---|---|---|
| 10/25/07 | 3.5 | 3.15 |
| 10/26/007 | 2.75 | 2.48 |
| 10/29/07 | 1.25 | 1.13 |
| 11/9/07 | 1.5 | 1.5 |
| 11/12/07 | .5 | .5 |
| 11/13/07 | 2.25 | 2.03 |
| 11/16/07 | .5 | .45 |
| 4/8/08 | .75 | .75 |

| TOTAL | 13.0 | 11.99 |
|---|---|---|

- 11.99 total hours reduced by 70% = 3.67 total hours

- 3.67 total hours X $346.50/hr = $1271.66 total fee award

**David Sobel – Adjusted Hours Chart**

| Time Entry Date | Requested Hours | Itemized Reduced Hours |
|---|---|---|
| 10/6/07 | 2.5 | 1 |
| 10/26/007 | 4 | 3.6 |
| 11/12/07 | 2 | 2 |
| 11/13/07 | 6 | 5.4 |
| 11/15/07 | 4 | 4.6 |
| 11/16/07 | 2.5 | 2.25 |
| 11/27/07 | .5 | .5 |
| 4/10/08 | .5 | .5 |
| 4/10/08 | 2 | 2 |

| TOTAL | 24 | 21.85 |

- 21.85 total hours reduced by 70% = 6.55 total hours

- 6.55 total hours X $484/hr = $3170.20 total fee award

**Jennifer Granick– Adjusted Hours Chart**

| Time Entry Date | Requested Hours | Itemized Reduced Hours |
|---|---|---|
| 10/26/07 | 1.0 | 0 |
| 10/29/007 | 0.5 | 0 |
| 10/31/07 | 0.2 | 0 |
| 4/8/08 | 0.2 | .2 |
| TOTAL | 1.9 | .2 |

- 0.2 total hours reduced by 70% = 0.06 total hours

- 0.06 total hours X $429/hr = $25.75 total fee award

**Total Adjusted Fee Award Summary**

| Attorney Name | Total Adjusted Hours | Adjusted Hourly Rate | Total Fee Award |
|---|---|---|---|
| Marcia Hoffman | 17.67 | $270.50 | $4779.74 |
| Kurt Opsahl | 3.67 | $346.50 | $1271.66 |
| David Sobel | 6.55 | $484 | $3170.20 |
| Jennifer Granick | 0.06 | $429 | $25.74 |
| Litigation Costs | -- | -- | $731.97 |

TOTAL FEE AWARD =   $9,979.31