# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>OFFICE OF THE DIRECTOR OF NATIONAL )<br>INTELLIGENCE, )<br>)<br>Defendant. )<br>) | Civil Action No. 3:07-5278 (SI)<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR AWARD OF ATTORNEY'S FEES AND COSTS** |

Upon consideration of plaintiff's motion for an award of attorney's fees and costs (dkt. no. 48), and respondents' opposition thereto, it is hereby

ORDERED that plaintiff's motion is DENIED.

IT IS SO ORDERED.

Dated: _____, 2008.

_____
United States District Judge

---

C. A. No. 3:07-5278 (SI) – Order Denying Plaintiff's Motion For An Award Of Attorneys' Fees And Costs