David L. Sobel *(pro hac vice)*
*sobel@eff.org*
ELECTRONIC FRONTIER FOUNDATION
1875 Connecticut Ave. NW
Suite 650
Washington, DC  20009
Telephone: (202) 797-9009 x104
Facsimile: (202) 707-9066

Kurt Opsahl (191303)
*kurt@eff.org*
Marcia Hofmann (250087)
*marcia@eff.org*
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Attorneys for Plaintiff
ELECTRONIC FRONTIER FOUNDATION

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE,<br><br>　　　　　　Defendant. | NO. 07-CV-05278-SI<br><br>**SUPPLEMENTAL DECLARATION OF DAVID L. SOBEL IN SUPPORT OF MOTION FOR AWARD OF ATTORNEYS FEES AND COSTS**<br><br>Date:　　　May 23, 2008<br>Time:　　　9:00 a.m.<br>Courtroom:　10, 19th Floor |

　　　　1.　　I am an attorney for the plaintiff in this matter and a member in good standing of the District of Columbia Bar, and am admitted to practice before this Court in this action *pro hac vice*. I have personal knowledge of the matters stated in this declaration. If called upon to do so, I am competent to testify to all matters set forth herein.

2. I am Senior Counsel at Plaintiff Electronic Frontier Foundation ("EFF"), which is a nonprofit corporation established under the laws of California with its principal place of business in San Francisco. I am based at EFF's office in Washington, DC.

3. This case is the first action I have litigated in the United States District Court for the Northern District of California concerning the expedited processing provision of the Freedom of Information Act ("FOIA").

4. I have sought preliminary injunctive relief in past FOIA lawsuits in the United States District Court for the District of Columbia. However, to prepare the motion for a preliminary injunction in this case, I needed to perform legal research and revise prior arguments to incorporate the preliminary injunction and FOIA case precedent specific to the Ninth Circuit.

5. I also became familiar with the local rules and procedures of this Court to ensure that the filings in this case conformed to those requirements.

3. After a careful review of our files on the case, I have determined that I spent the following hours on the reply and this declaration:

| Date | Task | Hours |
|------|------|-------|
| 5/5/08 | Reviewed and analyzed ODNI opposition to fee motion | 0.4 |
|  | Conferred with co-counsel concerning possible declarants for reasonableness of rates | 0.2 |
| 5/8/08 | Reviewed and edited draft of reply | 0.6 |
|  | Conferred with co-counsel concerning draft of reply | 0.2 |
|  | Reviewed and edited declaration | 0.2 |
|  | ============================================ | === |
|  | Total reply hours: | 1.6 |

4. In total, I spent no fewer than 24 hours on this litigation, with 21.5 hours spent in 2007

-2-

when my hourly rate was $600 per hour ($12,900.00) and 4.1 hours spent in 2008 when my hourly rate was $700 per hour ($2,870). At my hourly rates during the relevant timeframe, my total fees are $15,770.00.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct to the best of my knowledge and belief. Executed May 9, 2008 in Washington, DC.

/s/ *David L. Sobel*
David L. Sobel