
David L. Sobel *(pro hac vice)*
*sobel@eff.org*
ELECTRONIC FRONTIER FOUNDATION
1875 Connecticut Ave. NW
Suite 650
Washington, DC  20009
Telephone: (202) 797-9009 x104
Facsimile: (202) 707-9066

Kurt Opsahl (191303)
*kurt@eff.org*
Marcia Hofmann (250087)
*marcia@eff.org*
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333 x116
Facsimile: (415) 436-9993

Attorneys for Plaintiff
ELECTRONIC FRONTIER FOUNDATION

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>            Plaintiff,<br><br>    v.<br><br>OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE,<br><br>            Defendant. | NO. C 07-5278 SI<br><br>**[AMENDED PROPOSED] ORDER GRANTING MOTION FOR AN AWARD OF ATTORNEY'S FEES AND COSTS** |

This matter came on for hearing before the Court on Plaintiff's motion for an award of attorney's fees and costs. Having given full consideration to all of Plaintiff's papers, evidence, and the relevant authorities, all of Defendant's responses thereto, and the oral presentations of counsel,

and good cause appearing, in accordance with Fed. R. Civ. P. 54(d) and the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, it is **HEREBY ORDERED**:

1. That Plaintiff's motion for an award of attorney's fees and costs granted; and it is

2. **FURTHER ORDERED** that Defendant shall pay Plaintiff attorney's fees in the amount of $68,205.00; and it is

3. **FURTHER ORDERED** that Defendant shall compensate Plaintiff for costs in the amount of $731.97.

\*   \*   \*

**ORDER**

IT IS SO ORDERED.

DATED: _____     _____