IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, | No. C 07-05278 SI |
| Plaintiff, | **ORDER VACATING ORAL ARGUMENT** |
| v. | |
| OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE, | |
| Defendant. | |

Plaintiff has filed a motion for attorney's fees and costs. Pursuant to Civil Local Rule 7-1(b), the Court finds this matter appropriate for resolution without oral argument, and hereby VACATES the hearing. The Court will issue an order on the merits of the motion shortly.

**IT IS SO ORDERED.**

Dated: May 22, 2008

SUSAN ILLSTON
United States District Judge